IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

      Plaintiff,                            No. 2:11-cv-2808 WBS EFB P

     vs.

D. LETOURNEAU, et al.,

      Defendants.                 ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On January 22, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

////

1

1  file, the court finds the findings and recommendations to be substantially supported by the record
2  and by proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1.  The court reads plaintiff's complaint to seek $2,000,000, rather than $2,000, in
5  damages;
6        2.  In all other respects, the findings and recommendations filed January 22, 2013,
7  are adopted in full; and
8        3.  Defendants' July 27, 2012 motion to dismiss (Dckt. No. 15) is denied.
9    IT IS SO ORDERED.
10 DATED:  February 26, 2013

                  WILLIAM B. SHUBB
                  UNITED STATES DISTRICT JUDGE