## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

        Plaintiff,        No. 2:11-cv-2808 WBS EFB P

  vs.

D. LETOURNEAU, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        David Smith, CDCR # P-52264, a necessary and material witness in a settlement conference in this case on June 11, 2013, is confined in California State Prison-Solano (CSP-SOL), 2100 Peabody Road, Vacaville, California 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom No. 25, 501 I Street, Sacramento, California 95814, on Tuesday, June 11, 2013 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kendall J. Newman; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        3.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at CSP-SOL via facsimile at (707) 454-3429.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-SOL, P. O. Box 4000, Vacaville, California 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 2, 2013.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE