UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. LETOURNEAU, et al.,<br><br>　　　　　Defendants. | No.  2:11-cv-2808-WBS-EFB P<br><br><br>ORDER |

　　　　Defendants' request for the court to extend the deadline for dispositive motions to August 19, 2013, ECF No. 45, is granted.  Defendants' request to be relieved from Local Rule 230(*l*), ECF No. 44, is also granted.  Dispositive motions shall be noticed and briefed in accordance with the provisions set forth in Local Rule 230(a)-(k).  *See* E.D. Cal. Local Rule 230(g) (court has discretion to submit motions upon the record and briefs on file without oral argument).

　　　　So ordered.

Dated: July 24, 2013.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE